# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW WARD,<br><br>    Plaintiff,<br><br>  v.<br><br>DENNIS MITCHELL; FARM HAND PRODUCTIONS, INC., DBA FUTURE FARMER RECORDINGS, and DOES 1-50, inclusive<br><br>    Defendants. | Case No. 12-cv-3932 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 53 |

   The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

   IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within 90 days of this order.  All scheduled dates are VACATED.

   IT IS SO ORDERED.

   Date: May 20, 2013

                     Nathanael M. Cousins
                     United States Magistrate Judge

Case No. 12-cv-3932 NC
ORDER OF CONDITIONAL DISMISSAL